

# Fourth Court of Appeals
## San Antonio, Texas

March 24, 2022

No. 04-21-00470-CV

Lakshmana **VISWANATH,**
Appellant

v.

**THE CITY OF LAREDO,**
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2019CVK001492D1
Honorable Joe Lopez, Judge Presiding

# O R D E R

Appellee's "Motion for Leave to File Late Appellee's Brief" is GRANTED.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of March, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court